| | |
|---|---|
| AMY R. BRYAN, | ) |
| Plaintiff. | ) ) ) |
| v. | ) ) |
| EVEREST RECEIVABLE SERVICES, INC., | ) ) ) |
| Defendant. | ) ) |

### DEFENDANT EVEREST RECEIVABLE SERVICES, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant Everest Receivable Services, Inc. ("Everest"), by and through its attorneys, hereby moves, pursuant to Fed. R. Civ. P. 12(b)(6), for an order of this Court dismissing Plaintiff Amy R. Bryan's Complaint in its entirety. In support of its Motion, Everest relies on the Memorandum of Law filed simultaneously herewith.

DATED: April 9, 2020

Respectfully submitted by:

/s/ David A. Grassi, Jr.
David A. Grassi, Jr. (N.C. Bar No. 38191)
The Echols Firm, LLC
P.O. Box 12645
Rock Hill, SC 29731
Phone: (803) 329-8970
Email: david.grassi@theecholsfirm.com

*Attorneys for Defendant,*
*Everest Receivable Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2020, a copy of the foregoing document was filed electronically. Service of this filling will be made on all ECF-registered counsel by operation of the Court's electronic filing system, including on Plaintiff's counsel as follows:

Arthur Piervincenti
Arthur H. Piervincenti, P.A.
631-300 Brawley School Rd. PMB # 225
Mooresville, NC 28117
Email: arthur@lawahp.com
*Attorneys for Plaintiff*

/s/ David A. Grassi, Jr.
The Echols Firm, LLC